■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MERWIN HOLMES, Appellant. [699 NYS2d 671] —Judgment,

Supreme Court, Bronx County (Richard Price, J.), rendered January 9, 1995, convicting defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree, and sentencing him, as a second felony offender, to a term of 3½ to 7 years, unanimously affirmed.

The record of defendant's plea allocution establishes that he voluntarily and knowingly waived his right to appeal (*see, People v Moissett*, 76 NY2d 909). Accordingly, appellate review of the denial of defendant's suppression motion is foreclosed. Concur—Lerner, J. P., Saxe, Buckley and Friedman, JJ.